## 75817. JOHNSON v. THE STATE.
(367 SE2d 133)

SOGNIER, Judge.

Appellant was convicted of voluntary manslaughter and appeals on the general grounds. We have examined the entire transcript and find the evidence sufficient to meet the standard of proof required by *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED FEBRUARY 29, 1988.

---

[1] Correct reference is Par. VIII, of the 1976 Constitution.

Drew R. Dubrin, Cynthia Y. Wright, for appellant.
Lewis R. Slaton, District Attorney, Joseph J. Drolet, A. Thomas Jones, Benjamin H. Oehlert III, Assistant District Attorneys, for appellee.